MN-302
(Rev'd 10/00)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>04-40107-RJK</u> |
| SCHWAN, GERALD | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $85,017.36, disbursements of $<u>0.00</u>, and balance on hand of $<u>85,017.36</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <br> <u>Entity</u> | Nature of <br> <u>Interest</u> | Proposed <br> <u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>7,262.18</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>7,262.18</u> for final compensation and an additional $<u>362.74</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $22,417.05, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 7,262.18 | 7,262.18 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 362.74 | 362.74 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 11,747.75 | 11,747.75 |
| JOHN J. RADDE* | APPRAISER FEES | 375.00 | 375.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 768.50 | 768.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 1,850.48 | 1,850.48 |
| JOHN J. RADDE | APPRAISER EXPENSES | 35.00 | 35.00 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 15.40 | 15.40 |
| | Total | 22,417.05 | 22,417.05 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $57,826.76, for unsecured creditors allowed in the total amount of $54,601.52, yielding a dividend of 100.0000000% plus interest as itemized below or in Exhibit A attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid | Interest to be paid |
|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED | 000006 | 1,943.51 | 1,943.51 | 114.80 |
| AMERICAN EXPRESS TRAVEL RELATED* | 000008 | 4,455.30 | 4,455.30 | 263.17 |
| ASSET ACCEPTANCE LLC | 000003 | 11,671.19 | 11,671.19 | 689.40 |
| ASSET ACCEPTANCE LLC* | 000004 | 9,429.84 | 9,429.84 | 557.01 |
| DISCOVER BANK | 000002 | 8,098.68 | 8,098.68 | 478.38 |
| TRANSAMERICA DISTRIBUTION FINANCE | 000005 | 19,003.00 | 19,003.00 | 1,122.48 |
| Total | | $54,601.52 | $54,601.52 | $3,225.54 |
| Total with interest | | | | $57,826.76 |

7. The trustee's distribution of gross receipts of $85,017.36 from liquidation of all property of the estate is summarized below:

| | | |
|---|---|---|
| $ 7,262.18 | a. | Trustee Compensation |
| $ 11,747.75 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 1,143.50 | d. | Other Professionals |
| $ 2,263.62 | e. | All expenses, including Trustee and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 57,826.76 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ 80,243.81 | j. | SUBTOTAL (sum of lines a through i) |
| $ 4,773.55 | k. | Payments to Debtor (including payments of exemptions) |
| $ 85,017.36 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: May 24, 2005

RANDALL L. SEAVER, Trustee
12400 PORTLAND AVENUE SOUTH
SUITE 132
BURNSVILLE, MN 55337
(952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 5/25/05

HABBO G. FOKKENA
UNITED STATES TRUSTEE
Region 12

By: *Mary M. Ueland*

# Exhibit A
# PROPOSED DISTRIBUTION

Case Number: 04-40107     RJK                                     Page  1                                              Date: May 24, 2005
Debtor Name: SCHWAN, GERALD

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $85,017.36 |
| | **Claim Type -** | | | | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $7,262.18 *<br>$7,262.18 | $0.00 | $7,262.18 | $7,262.18 | $0.00 | $0.00 | $7,262.18 | $77,755.18 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $362.74 *<br>$362.74 | $0.00 | $362.74 | $362.74 | $0.00 | $0.00 | $362.74 | $77,392.44 |
| | Subtotal For Claim Type | | | $7,624.92 *<br>$7,624.92 | $0.00 | $7,624.92 | $7,624.92 | $0.00 | $0.00 | $7,624.92 | |
| | **Claim Type AE - ACCOUNTANT EXPENSES** | | | | | | | | | | |
| 000014 | Linda M. Berreau * | Admin | 025 | $15.40 *<br>$15.40 | $0.00 | $15.40 | $15.40 | $0.00 | $0.00 | $15.40 | $77,377.04 |
| | Subtotal For Claim Type AE | | | $15.40 *<br>$15.40 | $0.00 | $15.40 | $15.40 | $0.00 | $0.00 | $15.40 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | | | | |
| 000013 | Linda M. Berreau | Admin | 025 | $768.50 *<br>$768.50 | $0.00 | $768.50 | $768.50 | $0.00 | $0.00 | $768.50 | $76,608.54 |
| | Subtotal For Claim Type AF | | | $768.50 *<br>$768.50 | $0.00 | $768.50 | $768.50 | $0.00 | $0.00 | $768.50 | |
| | **Claim Type APE - APPRAISER EXPENSES** | | | | | | | | | | |
| 000009 | John J. Radde | Admin | 025 | $35.00 *<br>$35.00 | $0.00 | $35.00 | $35.00 | $0.00 | $0.00 | $35.00 | $76,573.54 |
| | Subtotal For Claim Type APE | | | $35.00 *<br>$35.00 | $0.00 | $35.00 | $35.00 | $0.00 | $0.00 | $35.00 | |
| | **Claim Type APF - APPRAISER FEES** | | | | | | | | | | |

PROPDIS9                                                                                                                            Printed: 05/24/05 07:22 PM     Ver: 10.01

# Exhibit A
# PROPOSED DISTRIBUTION

Case Number: 04-40107    RJK  
Debtor Name: SCHWAN, GERALD

Page 2

Date: May 24, 2005

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Claim Type APF - APPRAISER FEES** | | | | | | | | | | |
| 000010 | John J. Radde* | Admin | 025 | $375.00 *<br>$375.00 | $0.00 | $375.00 | $375.00 | $0.00 | $0.00 | $375.00 | $76,198.54 |
| | Subtotal For Claim Type APF | | | $375.00 *<br>$375.00 | $0.00 | $375.00 | $375.00 | $0.00 | $0.00 | $375.00 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY** | | | | | | | | | | |
| 000012 | Fuller, Seaver & Ramette, P.A. * | Admin | 025 | $1,850.48 *<br>$1,850.48 | $0.00 | $1,850.48 | $1,850.48 | $0.00 | $0.00 | $1,850.48 | $74,348.06 |
| | Subtotal For Claim Type TAE | | | $1,850.48 *<br>$1,850.48 | $0.00 | $1,850.48 | $1,850.48 | $0.00 | $0.00 | $1,850.48 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | | | | |
| 000011 | Fuller, Seaver & Ramette, P.A. | Admin | 025 | $11,747.75 *<br>$11,747.75 | $0.00 | $11,747.75 | $11,747.75 | $0.00 | $0.00 | $11,747.75 | $62,600.31 |
| | Subtotal For Claim Type TAF | | | $11,747.75 *<br>$11,747.75 | $0.00 | $11,747.75 | $11,747.75 | $0.00 | $0.00 | $11,747.75 | |
| | Subtotals For Class Administrative   100.00000 % | | | $22,417.05 *<br>$22,417.05 | $0.00 | $22,417.05 | $22,417.05 | $0.00 | $0.00 | $22,417.05 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | | | |
| 000002 | DISCOVER BANK | Unsec | 070 | $8,098.68 *<br>$8,098.68 | $0.00 | $8,098.68 | $8,098.68 | $0.00 | $478.38 | $8,577.06 | $54,023.25 |
| 000003 | ASSET ACCEPTANCE LLC | Unsec | 070 | $11,671.19 *<br>$11,671.19 | $0.00 | $11,671.19 | $11,671.19 | $0.00 | $689.40 | $12,360.59 | $41,662.66 |
| 000004 | ASSET ACCEPTANCE LLC* | Unsec | 070 | $9,429.84 *<br>$9,429.84 | $0.00 | $9,429.84 | $9,429.84 | $0.00 | $557.01 | $9,986.85 | $31,675.81 |
| 000005 | TRANSAMERICA DISTRIBUTION FINANCE | Unsec | 070 | $19,003.00 *<br>$19,003.00 | $0.00 | $19,003.00 | $19,003.00 | $0.00 | $1,122.48 | $20,125.48 | $11,550.33 |

PROPDIS9

Printed: 05/24/05 07:22 PM    Ver: 10.01

# Exhibit A
# PROPOSED DISTRIBUTION

Case Number: 04-40107    RJK                                    Page 3                                      Date: May 24, 2005
Debtor Name: SCHWAN, GERALD

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | | | |
| 000006 | AMERICAN EXPRESS TRAVEL RELATED | Unsec | 070 | $1,943.51 *<br>$1,943.51 | $0.00 | $1,943.51 | $1,943.51 | $0.00 | $114.80 | $2,058.31 | $9,492.02 |
| 000008 | AMERICAN EXPRESS TRAVEL RELATED* | Unsec | 070 | $4,455.30 *<br>$4,455.30 | $0.00 | $4,455.30 | $4,455.30 | $0.00 | $263.17 | $4,718.47 | $4,773.55 |
| | Subtotal For Claim Type UC | | | $54,601.52 *<br>$54,601.52 | $0.00 | $54,601.52 | $54,601.52 | $0.00 | $3,225.24 | $57,826.76 | |
| | Subtotals For Class Unsecured | 105.90687 % | | $54,601.52 *<br>$54,601.52 | $0.00 | $54,601.52 | $54,601.52 | $0.00 | $3,225.24 | $57,826.76 | |
| | << Totals >> | | | $77,018.57 *<br>$77,018.57 | $0.00 | $77,018.57 | $77,018.57 | $0.00 | $3,225.24 | $80,243.81 | $4,773.55 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 01/09/04 through 06/30/05 at a rate of 4.0% (annualized simple interest).

# Compensation and Expenses Worksheet

**Case Number: 04-40107 RJK**
   **Debtor: SCHWAN, GERALD**


**TOTAL COMPENSATION REQUESTED:** $7,262.18

## 2. TRUSTEE EXPENSES

| | |
|---|---:|
| The Trustee has incurred the following expenses: | |
| COPY: Photocopy/Duplication Expense 154 pages @ 0.25/page | 38.50 |
| INSE: Insurance Expense 1 1 @314.00/1 | 314.00 |
| POST: Postage 16 each @.0.37/each | 5.92 |
| POST: Postage 1 each @4.32/each | 4.32 |

**TOTAL EXPENSE CALCULATED:** 362.74
   Less Previously Paid Expenses: 0.00

**TOTAL EXPENSES REQUIRED:** $362.74

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** $7,624.92

DATED: 05/25/05

SIGNED _____   TRUSTEE: RANDALL L. SEAVER
                                            12400 PORTLAND AVENUE SOUTH